IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JCB, a minor and**<br>**LEE ANN BOYER,**<br>　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**QUAKERTOWN COMMUNITY**<br>**SCHOOL DISTRICT,**<br>　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-372** |

## O R D E R

**AND NOW**, this 12th day of December, 2025, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 25) and Plaintiffs' opposition (ECF No. 28), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

The Clerk of Court is directed to **MARK** this case **CLOSED**.


　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**